IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOR VILLOMIL, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>    Defendant. | Case No. 1:18-cv-00142-KAM-ST |

## STIPULATION OF DISMISSAL

The parties, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal with prejudice of the above captioned action and all underlying claims with prejudice, with each party to bear its own costs and attorneys fees.

           Respectfully submitted,

           /s/ *Joseph H. Mizrahi*
           Joseph H. Mizrahi, Esq.
           **Joseph H. Mizrahi Law P.C.**
           300 Camden Plaza West, 12th Floor
           Brooklyn, New York 11201
           Telephone (929) 575-4175
           Fax: (929) 575-4195
           Email: joseph@cml.legal
           *Attorney for Plaintiff*

/s/ *Emily Kirsch*
Emily Kirsch
Kirsch & Niehaus, PLLC
150 East 58th Street, 22nd Floor
New York, NY 10075
Telephone (212) 832-0170)
Facsimile (212) 624-0223
Email: Emily.kirsch@kirschniehaus.com

**ATTORNEYS FOR DEFENDANT,
GC SERVICES LIMITED
PARTNERSHIP.**